IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

**UNITED STATES OF AMERICA**
    **Plaintiff**

    **v.**                                **Criminal No. 07-187 (ADC)**

**ORESTES LEBRON-CRUZ,**
    **Defendant**

## ORDER

Before the Court is an unopposed Report and Recommendation issued by Magistrate-Judge Bruce J. McGiverin on September 18, 2007. (**Docket No. 44**.) In said Report and Recommendation the Magistrate-Judge recommends that: defendant **Orestes Lebrón-Cruz** be adjudged guilty of the offenses charged in Counts One and Three (21 U.S.C. §§ 841(a)(1) and 846; 21 U.S.C. §§ 853(a)(1) and (2)) inasmuch as, his plea of guilty was intelligently, knowingly and voluntarily entered.

Neither party has filed objections to the Magistrate-Judge's Report and Recommendation within the time frame provided by the Federal Rules of Criminal Procedure and this Court's Local Rules. See Fed. R. Crim. P. 11; 28 U.S.C. § 636(b)(1)(B); D.P.R. Local Crim. R. 147(b).

After reviewing the record, the Court agrees with the arguments, factual and legal conclusions within the Report and Recommendation. Therefore, the Court hereby **APPROVES** and **ADOPTS** the Magistrate-Judge's Report and Recommendation in its entirety.

Criminal No. 07-187 (ADC)                                                                               Page -2-

Accordingly, a judgment of conviction is to be entered as to Counts One and Three of the indictment in the above-captioned case.

**The sentencing hearing is set for December 17, 2007 at 2:30 p.m.**

**SO ORDERED.**

At San Juan, Puerto Rico, this 4th day of October, 2007.

S/**AIDA M. DELGADO-COLON**
**United States District Judge**